**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| AMERICAN PULVERIZER CO., et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 12-3459-CV-S-RED |
| ) | |
| UNITED STATES DEPARTMENT OF, ) | |
| HEALTH AND HUMAN SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Defendants' Unopposed Motion to File Overlength Brief in Opposition to Plaintiffs' Motion for Preliminary Injunction (Doc. 19). Defendants advise that Plaintiffs have no objection to this motion. Accordingly, after careful consideration, the Court **GRANTS** this motion. Defendants' opposition to Plaintiffs' motion for preliminary injunction (Doc. 20) is deemed appropriately filed.

**IT IS SO ORDERED.**

DATED: December 6, 2012         /s/ Richard E. Dorr
                                                RICHARD E. DORR, JUDGE
                                                UNITED STATES DISTRICT COURT